No. 11–10950.  Ross *v.* FLORIDA.  C. A. 11th Cir.  Certiorari denied.

No. 11–10951.  SCOTT *v.* IOWA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–10952.  SIDENER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–10954.  RASLEY *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–10956.  BOWERS *v.* CALL.  Ct. App. Utah.  Certiorari denied.

No. 11–10957.  BRANHAM *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–10958.  HUNT *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–10959.  WILSON *v.* OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 11–10961.  WILLIAMS *v.* HOBBS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–10962.  TAYLOR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–10963.  JENNINGS *v.* TEXAS.  Ct. App. Tex., 11th Dist.  Certiorari denied.

No. 11–10964.  JACKSON *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 11–10966.  JOHNSON *v.* KERNS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–10967.  PRIETO *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 11–10968.  TORRES *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 11–10969.  SMART *v.* HEDGPETH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.